IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAMELA ALTMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-771 WDS |
| | ) | |
| DEPARTMENT OF CHILDREN AND | ) | |
| FAMILY SERVICES, et al., | ) | |
| | ) | |
| Defendants. | | |

**ORDER**

Currently pending before the Court is Plaintiff Pamela Altman's Motion to Amend the Complaint and Extend Discovery (Doc. 24). On December 3, 2007, the Court held a telephonic status conference on the motion and heard arguments for and against allowing the amendment. Based on the arguments made in the motion and at the conference, Plaintiff's Motion to Amend the Complaint and Extend Discovery is **GRANTED**. Plaintiff shall file her amended complaint on or before **March 1, 2008**. The Amended Complaint shall be limited to ten (10) pages. An amended scheduling order will be entered forthwith.

**IT IS SO ORDERED.**

**DATED:  December 4, 2007**

>    s/ *Donald G. Wilkerson*
>    **DONALD G. WILKERSON**
>    **United States Magistrate Judge**